**JEC DEVELOPMENT, INC., Appellant,**

v.

**SPEEDBAR, INC. (now known as Autozone Parts, Inc.), Appellee.**

No. 05–1377.

United States Court of Appeals, Federal Circuit.

July 14, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).